CRICHTON, J.,
dissents in part.
hi respectfully dissent in part from the majority opinion. I specifically disagree with the portion of the opinion imposing JLAP monitoring. Under the particular circumstances of this case, I would find that a JLAP monitoring agreement is not warranted here. First, there is no medical testimony or documentary evidence in this case that indicates a JLAP monitoring contract is warranted. Rather, the uncontested medical testimony and evidence indicates that the petitioner is not currently abusing alcohol, has not been diagnosed *283 with alcohol dependence, and does not currently need any treatment for alcohol or other substance abuse or dependence. Second, this petitioner’s alcohol abuse is now in the distant past—over a decade old. Consequently, in my view, there is no basis in the record to treat this petitioner as if he were alcohol dependent or actively abusing alcohol by requiring a JLAP monitoring agreement.
In all other respects, I join the majority opinion.